

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2014

No. 04-14-00662-CV

**IN THE INTEREST OF M.A. AND J.A., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01618
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On September 22, 2014, Appellant Judith R. filed a notice of appeal, stating that she intended to appeal an order from the trial court that was signed on September 19, 2014.[1] However, the clerk's record reflects that the trial court did not sign an order in the underlying cause number on September 19, 2014.[2] Instead, the clerk's record reflects that the trial court's order terminating appellant's parental rights to her children M.A. and J.A. was signed by the trial court on February 19, 2014. The clerk's record also reflects that appellant filed a notice of appeal from that order on March 19, 2014, and that this Court dismissed her appeal for want of prosecution on July 2, 2014. Mandate then issued in that appeal. Thus, it appears we have no jurisdiction over this second appeal filed by appellant on September 22, 2014.

We, therefore, ORDER appellant to show cause in writing by **November 6, 2014** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] The notice of appeal is also signed by the children's stepfather, Christopher J. However, he was not a party in the underlying proceedings.

[2] On September 19, 2014, in a different cause number, the trial court signed an order terminating appellant's rights to her child, C.J. Appellant Judith R., along with Christopher J. (who is C.J.'s father), filed a notice of appeal in that trial court cause number. That appeal, docketed as Appeal No. 04-14-00663-CV, is currently pending in this Court.